In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-026 CR


____________________



EX PARTE HIGINIO ASTELLO






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 26934






 MEMORANDUM OPINION 


 We have before the Court a motion from the appellant, The State of Texas, to
withdraw its appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by the attorney
of record and approved by the district attorney. No opinion has issued in this appeal. The
motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 22, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney, and Kreger, JJ.